## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 07, 2023

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 23-11056-DD
Case Style: Government Employees Insurance Company, et al v. Glassco, Inc., et al
District Court Docket No: 8:19-cv-01950-KKM-JSS

Dear Clerk,

Enclosed is the Court's certified question issued November 7, 2023.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

OPIN-7 Ltr to State Court Certif Ques